In the Matter of IRVING BARTHOLOMAY, Respondent, v MARY BARTHOLOMAY, Appellant.

Submitted May 8, 2006; decided June 13, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents. (And Another Similarly Captioned Action.)

Submitted May 10, 2006; decided June 13, 2006

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the actions within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

COLLEEN RICH, Respondent, v NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Appellant.

Submitted May 10, 2006; decided June 13, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.